```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 17-60143-CIV-ZLOCH
```

PAUL SLACK,

       Plaintiff,

vs.                                   **FINAL ORDER OF DISMISSAL**

PPI, INC., a Florida corporation
d/b/a ISLE CASINO RACING POMPANO
PARK, fictitiously a/k/a THE ISLE
CASINO AND RACING AT POMPANO PARK,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal Without Prejudice (DE 24) filed herein by Plaintiff, Paul Slack, and Defendant, PPI, Inc., a Florida corporation. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The Joint Stipulation For Dismissal Without Prejudice (DE 24) filed herein by Plaintiff, Paul Slack, and Defendant, PPI, Inc., a Florida corporation, be and the same is hereby approved, adopted and ratified by the Court;

    2.  The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3.  To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   19th   day of July, 2017.



                      WILLIAM J. ZLOCH
                      Sr. United States District Judge

Copies furnished:
All Counsel of Record